UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00539-FDW-DCK

| | |
|---|---|
| SCOTT FRACTION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AUTODESK, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court following this Court's Order directing Plaintiff Fraction to show cause why the complaint against Defendant Autodesk, Inc., should not be dismissed for failure to prosecute, including Plaintiff's failure to submit summons to the Court for issuance (Doc. No. 2). In that Order, issued on October 8, 2020, the Court advised Plaintiff that a failure to show cause or a failure to respond by November 29, 2020, may result in the dismissal of this case against Defendant Autodesk, Inc. (Doc. No. 2, p. 2.) To date, Plaintiff has not responded to the Show Cause Order, and the time for doing so has long expired. Notably, Plaintiff has not submitted any other filings on the docket or otherwise prosecuted his case against Defendant since the filing of this action on October 15, 2019.

IT IS THEREFORE ORDERED that pursuant to Rules 4 and 41(b) of the Federal Rules of Civil Procedure, this case is DISMISSED.

IT IS SO ORDERED.

Signed: April 15, 2021

Frank D. Whitney
United States District Judge